UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLOBAL TECHNOLOGY, INC.,
a Michigan corporation,

   Plaintiff,

vs.

MOTO DIESEL MEXICANA,
a Mexico corporation,

   Defendant.

MTU DETROIT DIESEL, INC.,

   Garnishee Defendant.

CASE NO. 2:05 CV 70069
HON.  GEORGE C. STEEH

---

| | |
|---|---|
| LAW OFFICE OF FRANCIS X. KING, P.C. | CAMPERO & ASSOCIATES. P.C. |
| FRANCIS X. KING (P 25050) | ADOLFO CAMPERO, JR. |
| Attorney for Plaintiff | Attorney for Defendant Moto Diesel Mexicana |
| 21002 Mack Avenue | Texas State Bar No. 00793454 |
| Grosse Pointe Woods, MI 48236 | Admitted to Eastern District of Michigan |
| (313) 884-1234 | 315 Calle Del Norte, Ste. 207 Laredo, TX 78041   (956) 796-0330 |
| fking001@aol.com | acampero@camperolaw.com |

SETH A. DRUCKER (P65641)
Attorney for Garnishee Defendant MTU Detroit Diesel, Inc.
Honigman Miller Schwartz & Cohn LLP
660 Woodward Ave Ste 2290, Detroit, MI 48226
(313) 465-7626
sdrucker@honigman.com

## ORDER GRANTING
## PLAINTIFF' S MOTION FOR RELIEF IN THE ENFORCEMENT OF JUDGMENT

  Upon Plaintiff's Motion For Relief in the Enforcement of Judgment (the "Motion"), no objection to the relief requested having been filed by the Defendant; and a hearing upon the matter having been concluded on December 10, 2010, and the Court being otherwise fully advised in the premises:

THE COURT FINDS:

That the transfer of the purchase orders which were the subject of The Motion from Moto Diesel Mexicana S.A. de C.V. ("MDM") to ABASTECEDORA DE MAQUINARIA Y SERVICIO S.A. de C.V. ("AMS"), constitute a fraudulent transfer as between MDM and AMS under MCL 566.34;

IT IS HEREBY ORDERED that:

1. For purposes of Plaintiff's post-judgment collection activities commenced after the date of this Order and directed to the MTU, the Garnishee Defendant, Plaintiff shall identify the possible indebtedness, if any, subject to the collection process as being that which may be owed by MTU to "Moto Diesel Mexicana S.A. de C.V. or any known related entity including but not limited to ABASTECEDORA DE MAQUINARIA Y SERVICIO S.A. de C.V.", and MTU shall respond to any such post-judgment collection activities in accordance with applicable law. MTU shall only be required to disclose amounts owing to MDM, AMS and entities related to MDM of which MTU has actual knowledge of the relationship between MDM and the alleged related entity. MTU shall not be required to undertake any investigation regarding the identities of MDM's corporate affiliates, parents, or subsidiaries.

2. Compliance by MTU with the terms of this Order, including withholding of and payment to Plaintiff of amounts owing to MDM, AMS, or any known related entities of MDM, pursuant to post-judgment collection actions commenced by Plaintiff under this Order, shall discharge in full MTU's payment obligations to MDM, AMS, and any known related entities of MDM.

3. Neither MDM nor AMS shall transfer or request that another party transfer

purchase orders for parts which are the subject of the Motion to any entities related to MDM, including but not limited to AMS, without having first obtained the consent of the Court.

    4.    Nothing in this Order shall prohibit, limit, or curtail MTU's right and ability to resource production of, and purchase from alternate sources, any of the component parts it currently purchases, or has purchased, from MDM or any related entity.

                                    s/George Caram Steeh
                                      HON. GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

Dated: January 11, 2011